# Third District Court of Appeal

## State of Florida

Opinion filed October 2, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1160
Lower Tribunal No. F97-27689
_____


**Melton Jackson,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Christine Hernandez, Judge.

Melton Jackson, in proper person.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.


Before LOBREE, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed.  See Ordonez-Medina v. State, 221 So. 3d 744, 745 (Fla. 3d

DCA 2017) ("[I]t is the defendant's burden to explain, with reference to specific facts about the crime and the items requested to be tested, how the DNA testing will exonerate the defendant of the crime or will mitigate the defendant's sentence.  [A] trial court does not err in denying a motion for DNA testing where the defendant cannot show that there is a reasonable probability that the absence or presence of DNA at a crime scene would exonerate him or lessen his sentence." (quoting Lambrix v. State, 217 So.3d 977, 987 (Fla. 2017) (quotations omitted, second alteration in original))).